FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 MAY 17 PM 4:29
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED |
| Plaintiff, | 4:22CR3058 |
| vs. | INDICTMENT |
| CHRISTOPHER LEE PEREZ, | 21 U.S.C. § 841(a)(1), (b)(1) |
| | 18 U.S.C. § 924(a)(2), (c)(1)(A) |
| Defendant. | 18 U.S.C. § 922(g) |

The Grand Jury charges that

## COUNT I

On or about December 1, 2021, in the District of Nebraska, Defendant CHRISTOPHER LEE PEREZ did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1); and Title 21, United States Code, Section 841(b)(1).

## COUNT II

On or about December 1, 2021, in the District of Nebraska, Defendant CHRISTOPHER LEE PEREZ did knowingly use and carry a firearm, to wit: a Taurus Millennium G2 9mm Pistol, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

1

## COUNT III

On or about December 1, 2021, in the District of Nebraska, Defendant CHRISTOPHER LEE PEREZ, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession of a Controlled Substance in violation of Neb. Rev. Stat. § 28-416(3) in Adams County, Nebraska District Court (CR 13-216), Criminal Impersonation in violation of Neb. Rev. Stat. § 28-638(2)(E) in Adams County, Nebraska District Court (CR 14-68), Domestic Assault Third Degree – Subsequent Offense in violation of Neb. Rev. Stat. § 28-313 and Terroristic Threats in violation of Neb. Rev. Stat. § 28-311.01(1) in Hall County, Nebraska District Court (CR 18-786), and Possession of a Controlled Substance in violation of Neb. Rev. Stat. § 28-416(3) in Hall County, Nebraska District Court (CR 18-788), knowingly possessed a Taurus Millennium G2 9mm Pistol, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT IV

On or about January 14, 2022, in the District of Nebraska, Defendant CHRISTOPHER LEE PEREZ did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1); and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

FOREPERSON

2

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

JOHN J. SCHOETTLE, #IL6321461
Assistant U.S. Attorney